**DISMISS and Opinion Filed June 16, 2023**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00280-CV

**CENTURION LOGISTICS LLC, DIRECTLY AND DERIVATIVELY ON BEHALF OF CENTURION PECOS TERMINAL LLC, Appellant**

**V.**

**JULES S. BRENNER, CLARK HILL PLC ALSO DOING BUSINESS AS CLARK HILL STRASBURGER, AND STRASBURGER & PRICE, LLP, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-15964**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Garcia, and Kennedy
Opinion by Justice Garcia

Appellant appeals from the trial court's order awarding attorney's fees for the dismissal of some but not all of appellees' claims under the Texas Citizens' Participation Act (TCPA). *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.009 (where trial court orders dismissal under the TCPA of some or all claims, it shall award the moving party attorney's fees). A party may bring an interlocutory appeal only from the denial of a TCPA motion to dismiss. *See id*. § 51.014(a)(12). Because the appealed order awards fees in relation to an order partially granting a

TCPA motion to dismiss and did not otherwise finally dispose of the underlying case, appellees have filed motion to dismiss for want of jurisdiction. *See id.*

Appellant filed a response agreeing the appeal should be dismissed.[1] Because the appealed interlocutory order is not subject to appeal, we grant appellees' motion and dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

230280F.P05

---

[1] Appellant states in its response that the trial court signed a final judgment on May 9, 2023 and it has filed a separate notice of appeal from that judgment.



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CENTURION LOGISTICS LLC,
DIRECTLY AND DERIVATIVELY
ON BEHALF OF CENTURION
PECOS TERMINAL LLC, Appellant

No. 05-23-00280-CV          V.

JULES S. BRENNER, CLARK HILL
PLC ALSO DOING BUSINESS AS
CLARK HILL STRASBURGER,
AND STRASBURGER & PRICE,
LLP, Appellees

On Appeal from the 44th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-15964.
Opinion delivered by Justice Garcia.
Justices Pedersen, III and Kennedy
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees JULES S. BRENNER, CLARK HILL PLC ALSO DOING BUSINESS AS CLARK HILL STRASBURGER, AND STRASBURGER & PRICE, LLP recover their costs of this appeal from appellant CENTURION LOGISTICS LLC, DIRECTLY AND DERIVATIVELY ON BEHALF OF CENTURION PECOS TERMINAL LLC.

Judgment entered June 16, 2023

–3–